# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Michael E. Jones and Edith A. Jones, | Case No. 05-CV-2384 [MJD/AJB] |
| Plaintiffs, | |
| v. | **ORDER** |
| REES-MAX, LLC; Real Estate Equity Strategies, LLC; Chadwick Banken; and Central Bank, | |
| Defendants | |

___

This cause coming to be heard on this date upon the Stipulation for Dismissal with Prejudice (Doc. No. 75), filed herein by the above Plaintiffs, Michael E. Jones and Edith A. Jones, and above-named Defendants, REES-MAX, LLC; Real Estate Equity Strategies, LLC; Chadwick Banken; and Central Bank, and the Court having examined said Stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the Complaint with prejudice, and that the Court further finds that all costs have been paid.

**THEREFORE, IT IS HEREBY ORDERED** that the Complaint of Plaintiffs, Michael E. Jones and Edith A. Jones, against the Defendants, REES-MAX, LLC; Real Estate Equity Strategies, LLC; Chadwick Banken; and Central Bank, be and the same is hereby **DISMISSED WITH PREJUDICE**.

Dated: February 21, 2008                    s/Michael J. Davis  _____
                                            MICHAEL J. DAVIS
                                            Judge of United States District Court